Jamie ACEVEDO, Plaintiff–Appellant,

v.

James S. GILMORE, III, Governor; Harry L. Carrico, Chief Justice, Supreme Court of Virginia; Robert J. Stump, Judge, Wise County Circuit Court; Ford C. Quillen, Judge, Wise County Circuit Court; Mosby G. Perrow, III, Judge, Lynchburg City Circuit Court; Mark L. Earley, Attorney General; Pamela A. Sargent, Assistant Virginia Attorney General; Christopher G. Hill, Assistant Virginia Attorney General; Robert Bain Smith, Assistant Virginia Attorney General; Clinton R. Shaw, Jr., Public Defender; B. Leigh Drewry, Jr., Esquire; Ronald J. Angelone, Director, Virginia Department of Corrections; Fred Schilling, Director, Health Services, Virginia Department of Corrections; J. Michael Gamble, Judge, Amherst County Circuit Court; Richard A. Young, Director, Western Region, Virginia Department of Corrections; Stan K. Young, Warden, Wallens Ridge State Prison; B.J. Ravilee, Grievance Coordinator, Wallens Ridge State Prison; Grievance Coordinator Rider, Wallens Ridge State Prison; John Doe, Institutional Investigator, Wallens Ridge State Prison; Captain Hockett, Wallens Ridge State Prison; Lieutenant Meyer, Wallens Ridge State Prison; Sergeant Kendrick, Wallens Ridge State Prison; Prison Guard Goins, Wallens Ridge State Prison; Prison Guard Kelly, Wallens Ridge State Prison; Prison Guard Fleenor, Wallens Ridge State Prison; Prison Guard Schlobohm, Wallens Ridge State Prison; John

Doe, Prison Guard, Wallens Ridge State Prison; John Doe, Prison Guard 2, Wallens Ridge State Prison; John Doe, Prison Guard 3, Wallens Ridge State Prison; Page True, Former Warden, Red Onion State Prison; D.A. Braxton, Warden, Red Onion State Prison; J. Armentrout, Assistant Warden, Red Onion State Prison; P. Saul, Grievance Coordinator, Red Onion State Prison; Assistant Warden Bass, Red Onion State Prison; Vicki Phipps, Red Onion State Prison; Doctor Ofohg, Red Onion State Prison; Jane Doe, Registered Nurse, Red Onion State Prison; R. Fleming, Chief of Security, Red Onion State Prison; Captain Fleming, Red Onion State Prison; S. Fleming, Red Onion State Prison; D. Fleming, a/k/a Prison Guard Fleming, Red Onion State Prison; Sergeant O'Quinn, Red Onion State Prison; Sergeant Fannin, Red Onion State Prison; Grievance Coordinator Sleenor, Red Onion State Prison; Registered Nurse Stanley, Red Onion State Prison; Sergeant Hillyard, Red Onion State Prison; Prison Guard Tiller, Red Onion State Prison; Prison Guard Kilbourne, Red Onion State Prison; Carl Sykes, Maintenance, Red Onion State Prison; Sergeant Woods, Red Onion State Prison; Prison Guard Deel, Red Onion State Prison; Prison Guard Large, Red Onion State Prison; Prison Guard Bush, Red Onion State Prison; Prison Guard Collins, Red Onion State Prison; Prison Guard Ely, Red Onion State Prison; Sergeant Head, Wallens Ridge State Prison; Sergeant Short, Wallens Ridge State Prison; Nurse Stanley; Correctional Officer Brown; Correctional Officer Stanley; Correctional Officer Hamilton; Correctional Officer Salyers; Nurse Thomas; Nurse Hobbs; Nurse Ballard; Lieutenant Gallihar; Vass; Phyllis Hobbs; Dianah Rose; Tammy Thomas; Mary Taylor; Kenneth Taylor; Leslie Baker; Ruvonda Moorefield; Terry Brooks; Lisa Yates; Dianna Yates; Kaven O'Fogh, Defendants–Appellees.

No. 02–7615.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 19, 2002.

Decided Jan. 7, 2003.

Jaime Acevedo, Appellant Pro Se. William W. Muse, Assistant Attorney General, Richmond, Virginia; Frederick A. Rowlett, Penn, Stuart & Eskridge, Abingdon, Virginia; John David McChesney, Rawls & McNelis, P.C., Richmond, Virginia, for Appellees.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Jaime Acevedo seeks to appeal the district court's order dismissing some claims, denying his motions for default judgment and sanctions, and ruling on other miscellaneous requests relating to his action filed pursuant to 42 U.S.C. § 1983 (2000). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Acevedo seeks to appeal is neither a final order nor

an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*